error only. *See United States v. Valenzuela–Quevedo,* 407 F.3d 728, 732 (5th Cir. 2005). Melendez–Montoya has satisfied the first two prongs of the plain error analysis by showing that the district court committed error that was plain. *Id.* at 733. The error is not a structural one, however, *United States v. Malveaux,* 411 F.3d 558, 560 n. 9 (5th Cir.2005), and Melendez–Montoya has not satisfied the third prong of the plain error analysis by showing that the error affected his substantial rights. *See Valenzuela–Quevedo,* 407 F.3d at 733.

Accordingly, the judgment of the district court is

AFFIRMED.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Geronimo Castro–Vargas raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Geronimo CASTRO–VARGAS,
Defendant–Appellant.**

**No. 04–51097.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Luis GOMEZ–GARCIA,
Defendant–Appellant.**

**No. 04–51002.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.